**FILED**

JAN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fred Plummer, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 0102 |
| | ) | |
| The Mayor *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 9th day of January 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915A, this case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.[1] This is a final appealable Order.

_____
United States District Judge

---

[1] Plaintiff is advised that a dismissal for failure to state a claim qualifies as a strike under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed *in forma pauperis* in federal court when certain conditions are satisfied.